UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| TODD ROBBEN,<br><br>                Plaintiff,<br><br>        v.<br><br>CARSON CITY, NEVADA; DEPARTMENT OF ALTERNATIVE SENTENCING et al; DAS CHIEF RORY PLANETA in his individual and official capacities, DAS ASSISTANT CHIEF KATE SUMMERS in her individual and official capacities, DAS OFFICER MARTIN HALE in his individual and official capacities, DAS DOES 1-10 in their individual and official capacities, CARSON CITY JUDGE JOHN TATRO in his individual and official capacities, CARSON CITY OFFICIAL DISTRICT ATTORNEY NEIL ROMBARDO in his individual and official capacities, CARSON CITY DEPUTY DISTRICT ATTORNEY TRAVIS LUCIA in his individual and official capacities, CARSON CITY JAILHOUSE DOCTOR JOSEPH E. MCELLISTREM PHD in his individual and official capacities,<br><br>                Defendants. | Case Nos. 3:15-cv-00529-RFB-VPC<br>              3:15-cv-00530-RFB-VPC<br><br>**ORDER** |

Pending before the Court is *Pro Se* Plaintiff Todd Robben's Ex Parte Motions for PACER CM/ECF Filings and to Waive Costs and Fees (Case no. 3:15-cv-00529-RFB-VCF, ECF No. 24; 95/ Case no. 3:15-cv-00530-RFB-VCF, ECF No. 30).  The Court finds that Plaintiff has shown

good cause to be permitted to register for electronic filing on CM/ECF for these two cases only, pursuant to Special Order 109. Therefore, these motions are GRANTED.

DATED: April 5, 2016.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE