Brian M. Brown, Esq. – State Bar No. 5233
Thorndal Armstrong Delk Balkenbush & Eisinger
6590 S. McCarran Blvd., Suite B
Reno, Nevada 89509
(775) 786-2882
Attorneys for Defendants
CARSON CITY, ET AL.

FILED ___ RECEIVED
ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

MAR 2 0 2018

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TODD ROBBEN,<br>    Plaintiff,<br>vs.<br>CARSON CITY, NEVADA; CARSON CITY FIRST JUDICIAL DISTRICT COURT ET AL; CARSON CITY FIRST JUDICIAL DISTRICT COURT ADMINISTRATOR MAX CORTES IN INDIVIDUAL AND OFFICIAL CAPACITIES, CARSON CITY FIRST JUDICIAL DISTRICT COURT CLERKS DOES 1-10 IN INDIVIDUAL AND OFFICIAL CAPACITIES,<br>    Defendants. | CASE NO. 3:15-cv-00529-RFB-VPC<br><br>**_ORDER_**<br><br>**MOTION FOR DISASSOCIATION OF COUNSEL** |

COME NOW, Defendants, CARSON CITY, NEVADA, CARSON CITY FIRST JUDICIAL DISTRICT COURT, MAX CORTES, and CARSON CITY FIRST JUDICIAL DISTRICT COURT CLERKS, by and through their attorneys of record, Thorndal Armstrong Delk Balkenbush & Eisinger, and hereby move that, as Adam L. Woodrum, Esq., is no longer associated with the firm of Thorndal Armstrong Delk Balkenbush & Eisinger, he be disassociated as counsel for the Defendants, CARSON CITY, NEVADA, CARSON CITY FIRST JUDICIAL DISTRICT COURT, MAX CORTES, and CARSON CITY FIRST JUDICIAL DISTRICT COURT CLERKS. Brian M. Brown, Esq. of the firm Thorndal Armstrong Delk Balkenbush & Eisinger continues to represent the Defendants in this action.

- 1 -


Thorndal Armstrong Delk Balkenbush & Eisinger respectfully requests the removal of ADAM L. WOODRUM from the list of attorneys associated with this case, as well as future pleadings.

DATED this 15th day of March, 2018.

        THORNDAL ARMSTRONG
        DELK BALKENBUSH & EISINGER

        By: / s / *Brian M. Brown*
           Brian M. Brown, Esq. – State Bar No. 5233
           6590 S. McCarran Blvd., Suite B
           Reno, Nevada 89509
           (775) 786-2882

        Attorneys for Defendants
        CARSON CITY, ET AL.

IT IS SO ORDERED

_____
U.S. MAGISTRATE JUDGE
DATED: March 20, 2018

# CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of THORNDAL ARMSTRONG DELK BALKENBUSH & EISINGER, and that on this date I caused the foregoing **MOTION FOR DISASSOCIATION OF COUNSEL** to be served on all parties to this action by:

✓ placing an original or true copy thereof in a sealed, postage prepaid, envelope in the United States mail at Reno, Nevada.

✓ United States District Court, District of Nevada CM/ECF (Electronic Case Filing)

___ personal delivery

___ facsimile (fax)

___ Federal Express/UPS or other overnight delivery

fully addressed as follows:

> **TODD ROBBEN, #5073288**
> **c/o CDCR, #BE69078**
> **PO Box 20**
> **Tracy, CA 95378**
> *Pro Per Plaintiff*

DATED this 15TH day of March, 2018.

/ s / *Sam Baker*
An employee of THORNDAL ARMSTRONG DELK BALKENBUSH & EISINGER